**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DAMIEN STEWART, | ) | |
| | ) | 21 CV 2671 |
| Plaintiff, | ) | |
| | ) | Judge Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Jantz |
| CITY OF CHICAGO and DELGADO | ) | |
| FERNANDEZ, #12335, and JERALD | ) | Jury Trial Demanded |
| WILLIAMS, #3317 | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES JOINT INITIAL STATUS REPORT

Plaintiff and Defendants, by and through their counsel of record, jointly present their Joint

Initial Status Report as follows:

**1. The Nature of the Case**

    a.  Attorneys of Record

*Plaintiff's Attorney*
Jeanette Samuels
Samuels & Associates, Ltd.
3440 S. Cottage Grove Ave, #504
Chicago, IL 60616
(872) 588-8726 (T)
(872) 813-5256 (F)
sam@chicivilrights.com

*Defendants' Attorneys*
Patrick O'Connor
Michael Hartigan
Hartigan & O'Connor, P.C.
53 West Jackson, Suite 460
Chicago, IL 60604
(312) 235-8880 (T)
(312) 235-8884 (F)
patoconnor@hartiganlaw.com
mhartigan@hartiganlaw.com

b. Basis for Federal Jurisdiction

Plaintiff has brought civil rights claims under 42 U.S.C. § 1983. This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1343.

c. Nature of the Claims

Plaintiff alleges that on May 18, 2019, the Individual Defendants used excessive force on Plaintiff injuring him. Defendants deny the allegations.

d. Major Legal and Factual Issues

The major legal and factual issues in this case include whether Defendants used excessive force on Plaintiff, and the nature and extent of the damages as a result of the allegations he has brought.

e. Relief Sought by Plaintiff

Plaintiff is seeking monetary damages.

2. **Pending Motions and Case Plan**

a. Pending Motions

There are no pending motions.

b. Defendants do not anticipate responding to the complaint by motion.

c. Proposed Discovery Plan

   i. General Type of Discovery Needed

   The parties have not yet issued written discovery and do not anticipate taking depositions beyond what is allowed under the Federal Rules of Civil Procedure.

   ii. Date for Rule 26(a)(1) disclosures

   August 20, 2021.

   iii. Date to Issue Written Discovery

   September 3, 2021.

   iv. Proposed Fact Discovery Completion Date

February 4, 2022.

    v.   Proposed Expert Discovery Schedule

        1.  Plaintiff to disclose by March 4, 2022.
        2.  Defendants to depose Plaintiff's expert by April 1, 2022.
        3.  Defendants to disclose by April 29, 2022.
        4.  Plaintiff to depose Defendant's expert by May 27, 2022.

    vi.  Dispositive Motion Filing Date

        1.  If no expert discovery: March 4, 2022.
        2.  If expert discovery is conducted: June 24, 2022.

   d.  The parties request a trial by jury. Trial of this matter should take 3-5 days.

**3. Status of Settlement Discussions**

   a.  The parties have not conducted any settlement discussions.

   b.  The parties do not believe a settlement conference would be productive at this time.

**4. Consent to Proceed Before a Magistrate Judge**

   a.  The parties do not unanimously consent to proceed before the assigned Magistrate Judge.

DATED: July 14, 2021

Respectfully Submitted,

/s/Jeanette Samuels
Samuels & Associates, Ltd.
3440 S. Cottage Grove Ave, #504
Chicago, Illinois 60616
(872) 588-8726 (T)
(872) 813-5256 (F)
sam@chicivilrights.com
Plaintiff's Attorney

/s/Patrick O'Connor
Hartigan & O'Connor, P.C.
53 West Jackson, Suite 460
Chicago, IL 60604
(312) 235-8880
patoconnor@hartiganlaw.com
Defendants' Attorney