# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DAMIEN STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2021 CV 2671 |
| | ) | |
| CITY OF CHICAGO, and CHICAGO POLICE OFFICERS DELGADO FERNANDEZ, #12335, and JERALD WILLIAMS, #3317, | ) ) ) ) | Judge Andrea R. Wood |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/Jeanette Samuels*<br>Jeanette Samuels<br>Attorney for Plaintiff, Damien Stewart<br>Samuels & Associates, Ltd<br>3440 S. Cottage Grove Ave, Ste. 504<br>Chicago, IL 60612<br>(872) 588-8726<br>Attorney No. _____<br>DATE: 09/03/2021 | Respectfully submitted,<br><br>CITY OF CHICAGO<br>a Municipal Corporation<br><br>CELIA MEZA<br>Corporation Counsel<br>Attorney for City of Chicago<br><br>BY:/s/*Victoria R. Benson*<br>Victoria R. Benson<br>Deputy Corporation Counsel<br>2 North LaSalle Street, Suite 420<br>Chicago, Illinois 60602<br>(312) 744-4883<br>Attorney No. 6282508<br>DATE: 09/03/2021<br><br><br>/s/*Patrick H. O'Connor*<br>Patrick H. O'Connor<br>Special Assistant Corporation Counsel<br>Attorney for Defendants, Enrique Delgado Fernandez, and Jerald Williams<br>Hartigan & O'Connor, P.C.<br>53 W. Jackson Blvd, Ste. 460<br>Chicago, Illinois 60604<br>(312) 235-8880<br>Attorney No. 6207351<br>DATE: 09/03/2021 |